UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WILMINGTON DIVISION

| IN RE: | CASE NO: |
|---|---|
| JUSTICE, LARRY W<br>JUSTICE, LAURA J | 08-05781-8-JRL |
| DEBTOR(S) | CHAPTER 7 |

### REPORT ON SMALL DIVIDENDS

James B. Angell, Chapter 7 Trustee ("Trustee"), and having concluded administration of the above estate, respectfully reports unto the Court:

That the checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks are as follows:

| Claimant | Amount |
|---|---|
| GE Money Bank dba Belk<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $3.01 |
| GE Money Bank dba Sam's Club<br>25 SE 2nd Ave Ste 1120<br>Miami, FL 33131 | $1.50 |
| Total | $4.51 |

WHEREFORE, the undersigned Trustee desires to pay unto the Court said small dividends pursuant to Rule 3010(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §347(a).

DATED: November 20, 2009

James B. Angell
State Bar No. 12844
Howard, Stallings, From & Hutson P.A.
P.O. Box 12347
Raleigh, NC 27605
Telephone: (919) 821-7700
Facsimile: (919) 821-7703